■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR HILL, Appellant.— Motion by appellant for reargument denied. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ PEGGY-ANN KENT-VAN WERTH, Appellant, v. TWENTIETH CENTURY-FOX FILM CORPORATION et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ XYX REALTY CORP., Respondent, v. BARRY FEDERMAN, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Ughetta, Kleinfeld and Brennan, JJ.; Pette, J., not voting.

■ ARLINE ZENO, Appellant, v. GAETANO S. ANGELICA, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Ughetta, Kleinfeld and Brennan, JJ.; Pette, J., not voting.